UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ESTEBAN R. WEST                                                                          PLAINTIFF

v.                               No. 2:19-CV-02097

ANDREW SAUL, Commissioner
Of Social Security                                                                       DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 14) from United States Magistrate Judge Barry A. Bryant. Plaintiff Esteban R. West has filed objections (Doc. 15). The Court has reviewed the report and recommendation de novo with respect to Plaintiff's objections. 28 U.S.C. § 636(b)(1).

Plaintiff objects that neither the ALJ nor the Magistrate Judge addressed his frequent hospitalizations for nausea and vomiting as an impairment that must be accommodated and that would entitle him to SSI. The Court has reviewed Plaintiff's medical records. Plaintiff is diabetic. His admissions to the hospital occurred after periods of extended noncompliance with prescribed insulin therapy. He was discharged from the hospital when treatment with insulin and fluids addressed his symptoms and other potential causes than noncompliance with insulin therapy were ruled out. Symptoms caused by Plaintiff's decision not to treat his diabetes with insulin are not the kind of impairment for which SSI is available. Plaintiff's objections offer neither law nor fact requiring departure from the report and recommendation. The report and recommendation is otherwise proper and is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that the decision of the Commissioner of Social Security to deny Plaintiff's application is AFFIRMED and this case is DISMISSED WITH PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 15th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE